Lottie Cohen, Attorney at Law SBN 094674
Law Offices of Lottie Cohen
3637 Motor Avenue, Suite 360
Los Angeles, California 90034
Telephone: (310) 204-0099
Facsimile: (310) 204-0095
Email: lottie.cohen@sbcglobal.net

Attorney for Defendant A GOLDEN HAND MOVING

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL BUCHANAN, <br><br> Plaintiff, <br><br> v. <br><br> NEIGHBORS VAN LINES, a Florida business of unknown form; A GOLDEN HAND MOVING, a Colorado business of unknown form; and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO.: CV 10 6206 PSG (RCx) <br><br> DEFENDANT A GOLDEN HAND MOVING'S EXHIBIT LIST <br><br> Trial Date: November 11, 2011 <br> Time: 9:00 a.m. <br> Courtroom: 880 |

TO THIS HONORABLE COURT AND ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rules of Civil Procedure Rules 16 and 26, and the Local Rules, Defendant A GOLDEN HAND ("Defendant") hereby provides the following Exhibit List of the following exhibits that may be admitted into evidence at the trial of the above-captioned matter:

Dated: October 10, 2011          LAW OFFICES OF LOTTIE COHEN
                                 A Professional Law Corporation

                                 By _____
                                 Lottie Cohen, Attorney for Defendant
                                 A GOLDEN HAND MOVING

1

**DEFENDANT A GOLDEN HAND MOVING'S EXHIBIT LIST**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| No. | Description | Date | Proof of Fundamental Requirements | Offered | Admitted |
|---|---|---|---|---|---|
| 1-1 | Neighbors Van Lines ("Neighbors") Original Estimate | Created on 5/15/2010 | | | |
| 1-2 | Neighbors Original Estimate, signed by Buchanan | 6/22/2010 | | | |
| 2 | Neighbors Inventory List, signed by Buchanan | 6/22/2010 | | | |
| 3 | A Golden Hand Moving ("AGH") information sheet of receipt of Rights & Responsibility Handbook and Arbitration Information Sheet, signed by Buchanan | 6/22/2010 | | | |
| 4 | AGH Important Notice to the Consumer, signed 4 times by Buchanan | 6/22/2010 | | | |
| 5-1 | AGH Household Goods Descriptive Inventory | | | | |
| 5-2 | AGH Household Goods Descriptive Inventory | | | | |
| 5-3 | AGH Household Goods Descriptive Inventory | | | | |
| 6-1 | AGH Bill of Lading and Freight Bill, signed by Buchanan | 6/22/2010 | | | |
| 6-2 | AGH Bill of Lading and Freight Bill, signed by Buchanan | 6/22/2010 | | | |
| 7 | AGH Packing Materials Order Form, signed by Buchanan | 6/22/2010 | | | |
| 8 | AGH Order for Service, signed by Buchanan | 6/22/2010 | | | |

**DEFENDANT A GOLDEN HAND MOVING'S EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 9 | AGH Superceding Revised Written Estimate | 6/22/2010 | | |
| 10 | Flying J Travel Plaza Weight Ticket | 6/22/2010 | | |
| 11 | AGH U.S. Department of Transportation Safety Rating | 5/27/2010 | | |
| 12 | Neighbors' Letter to Buchanan | 6/23/2010 | | |
| 13-1 | Email between Buchanan and Levin | 7/14/2010 | | |
| 13-2 | Email between Buchanan and Levin | 7/14/2010 | | |
| 14-1 | BBB Case #75121510 Complaint filed by Buchanan | 7/15/2010 | | |
| 14-2 | BBB Case #75121510 Complaint filed by Buchanan | 7/15/2010 | | |
| 15 | Copy of AGH Rights & Responsibilities Handbook received by Buchanan | 6/22/2010 | | |
| 16 | Copy of Arbitration Information Sheet received by Buchanan | 6/22/2010 | | |
| 17 | Expert Witness's Conclusion | 8/30/2011 | | |

3

**DEFENDANT A GOLDEN HAND MOVING'S EXHIBIT LIST**

# PROOF OF SERVICE

**C.C.P. SECTIONS 1013(a) and 2015.5**

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF LOS ANGELES      )

   I am a resident of the County aforesaid.  I am over the age of eighteen years, and not a party to the within entitled action.  My business address is Law Offices of Lottie Cohen, 3637 Motor Avenue, Los Angeles, California 90034.

   On October 10, 2011, I served the following document entitled:

**DEFENDANT A GOLDEN HAND MOVING'S EXHIBIT LIST**

upon the interested parties in the action by placing a true copy thereof prepaid, in the United States mail at Los Angeles, California 90025 addressed as follows:

| Mr. Gregg S. Garfinkel, Attorney<br>Nemecek & Cole<br>15260 Ventura Bl. Ste. 920<br>Sherman Oaks, CA 91403 | Mr. Jeffrey D. Nadel, Attorney<br>Jeffrey D. Nadel Law Offices<br>16000 Ventura Boulevard, Suite 908<br>Encino, CA 91436 |
|---|---|

**  X  **  (REGULAR MAIL)   I caused such envelope(s) with postage thereon fully prepaid
to be placed in the United States mail at Los Angeles, California.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on    that same day with postage thereon fully prepaid at Los Angeles, California in the    ordinary course of business.  I am aware that on motion of the party served, service          is presumed  invalid if a postal cancellation date or postage meter date is more than      one day after date of deposit for mailing an affidavit.

_____   (PERSONAL SERVICE) Personal service is all being made directly upon the two respondents per the attached proofs of service.

**  X  **   (STATE)  I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed this, October 10, 2011  at Los Angeles, California.


   **Jane Park**                                           _____
   **TYPE OR PRINT**                                                **SIGNATURE**

---

**Proof of Service**