# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL BUCHANAN,<br><br>  Plaintiff,<br><br>  - vs -<br><br>NEIGHBORS VAN LINES, a Florida business of unknown form; A GOLDEN HAND MOVING, a Colorado business of unknown form; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. CV 10 6206 PSG (RCx)<br><br>JOINT TRIAL EXHIBIT LIST<br><br>Trial Date: November 29, 2011<br>Time:       9:00 a.m.<br>Courtroom: 880 |

| No. | Description | Objection(s)/ Reason for Objection(s)/ Reason for Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1 | 5/15/10 Neighbors Van Lines ("Neighbors") Original Estimate | | | |
| 2 | 06/22/10 Neighbors Original Estimate, Signed by Buchanan | | | |
| 3 | 06/22/10 Neighbors Inventory List, Signed by Buchanan | | | |
| 4 | Blank Bill of Lading with Buchanan Signature | | | |

| No. | Description | Objection(s)/ Reason for Objection(s)/ Reason for Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|
| 5 | 7/14/10 Email between Buchanan and Roni Levin | | | |
| 6 | Weight Ticket | | | |
| 7 | Revised Estimate | | | |
| 8 | Second Bill of Lading Received by Buchanan | | | |
| 9 | Third Bill of Lading Received by Buchanan | | | |
| 10 | Cashier's Check Tendered By Buchanan to AGH | | | |
| 11 | Timeline of Events Surrounding Move | | | |
| 12 | Spreadsheet of Buchanan's Damages | | | |
| 13 | Shipping Documents Prepared amongst Plaintiff and Neighbors | | | |
| 14 | Shipping Documents Prepared amongst Plaintiff and A Golden Hand ("AGH") | | | |
| 15 | United States Department of Transportation Records - Neighbors | | | |
| 16 | United States Department of Transportation Records - AGH | | | |
| 17 | Weight Certificates Retained by AGH | | | |
| 18 | Carrier's Household Goods Tariff - Neighbors | | | |
| 19 | Carrier's Household Goods Tariff - AGH | | | |
| 20 | Weight Certificates Issued by AGH | | | |

| No. | Description | Objection(s)/ Reason for Objection(s)/ Reason for Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|
| 21 | 6/22/10 AGH Moving Information Sheet of Receipt of Rights & Responsibility Handbook and Arbitration Information Sheet, Allegedly Signed by Buchanan | | | |
| 22 | 6/22/10 AGH Important Notice to the Consumer, Allegedly Signed 4 times by Buchanan | | | |
| 23 | AGH Household Goods Descriptive Inventory | | | |
| 24 | 6/22/10 AGH Bill of Lading and Freight Bill, Allegedly Signed by Buchanan | | | |
| 25 | 6/22/10 AGH Packing Materials Order Form, Allegedly Signed by Buchanan | | | |
| 26 | 6/22/10 AGH Order for Service, Allegedly Signed by Buchanan | | | |
| 27 | 6/22/10 AGH Superceding Revised Written Estimate | | | |
| 28 | 6/22/10 Flying J Travel Plaza Weight Ticket | | | |
| 29 | 5/27/10 AGH U.S. Department of Transportation Safety Rating | | | |
| 30 | 6/23/10 Neighbors' Letter to Buchanan | | | |
| 31 | 7/15/10 BBB Case #75121510 Complaint filed by Buchanan | | | |
| 32 | 6/22/10 Copy of AGH Rights & Responsibilities Handbook Allegedly Received by Buchanan | | | |

| No. | Description | Objection(s)/ Reason for Objection(s)/ Reason for Admissibility | Date Identified | Date Admitted |
|---|---|---|---|---|
| 33 | 6/22/10 Copy of Arbitration Information Sheet Allegedly Received by Buchanan | | | |
| 34 | 8/30/11 Expert Witness's Conclusion | | | |
| 35 | Tariff for AGH | | | |

Dated: October 28, 2011

NEMECEK & COLE

By: _____

GREGG S. GARFINKEL
CRAIG S. WEINSTEIN
Attorneys for Plaintiff
RUSSELL BUCHANAN

Dated: October 28, 2011

By: /s/ _____

JEFFREY D. NADEL, ESQ.
Attorney for Defendant
NEIGHBORS VAN LINES

Dated: October 26, 2011

LAW OFFICES OF LOTTIE COHEN

By: _____

LOTTIE COHEN
Attorney for Defendant
A GOLDEN HAND MOVING

4

JOINT EXHIBIT LIST

2418001P.29JointExhibitList.wpd

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 15260 Ventura Blvd., Suite 920, Sherman Oaks, CA 91403.

On October 28, 2011, I served the document described as **Joint Trial Exhibit List** upon the interested parties in this action in sealed envelopes addressed as follows:

Jeffrey D. Nadel, Esq.
Law Offices of Jeffrey D. Nadel
16000 Ventura Boulevard, Suite 908
Encino, CA 91436

Marcus C. Aguirre, Esq.
627 N. Sweetzer Avenue
Unit B
Los Angeles, CA 90048

Lottie Cohen, Esq.
Law Office of Lottie Cohen, APC
3637 Motor Avenue, Suite 360
Los Angeles, CA 90034-4883
310/204-0099
310/204-0095 (fax)
lottie.cohen@sbcglobal.net

__x__ **(By Mail)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Sherman Oaks, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing contained in affidavit.

____ **(By Overnight Delivery)** I deposited this document in the box or other facility located at 15260 Ventura Blvd., Suite 920, Sherman Oaks, CA 91403 regularly maintained by Federal Express, in an envelope designated by Federal Express with delivery fees paid or provided for, addressed to the persons on whom it is to be served, for guaranteed next day delivery.

____ **(By Electronic Mail)** I caused the foregoing document to be served by electronically transmitting the document listed above to the e-mail address(es) of the person(s) set forth above from the e-mail address mshapiro@nemecek-cole.com. To my knowledge, the transmission was reported as complete and without error. *See, California Rules of Court, Rule 2060.*

__X__ **(By Facsimile Transmission)** I served the foregoing document by facsimile transmission to each of the interested parties at the facsimile machine telecopy number shown below.

Executed on October 28, 2011 at Sherman Oaks, California.

__X__ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

MICHELLE SHAPIRO

proof.wpd

1

PROOF OF SERVICE