GREGG S. GARFINKEL (156632)
CRAIG S. WEINSTEIN (265488)
NEMECEK & COLE
A Professional Corporation
15260 Ventura Boulevard, Suite 920
Sherman Oaks, California 91403-5399
tel: (818) 788-9500
email: ggarfinkel@nemecek-cole.com

Attorneys for Plaintiff
RUSSELL BUCHANAN

E-FILED 11/22/11
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL BUCHANAN,<br><br>   Plaintiff,<br><br>- vs -<br><br>NEIGHBORS VAN LINES, a Florida business of unknown form; A GOLDEN HAND MOVING, a Colorado business of unknown form; and DOES 1-10, inclusive,<br><br>   Defendants. | Case No. CV10-6206-PSG(RCx)<br><br>[~~PROPOSED~~] ORDER DISMISSING NEIGHBORS VAN LINES |

1

**[PROPOSED] ORDER DISMISSING NEIGHBORS VAN LINES**

1  TO ALL PARTIES AND THEIR ATTORNEY'S OF RECORD:

3      IT IS HEREBY ORDERED that the action against NEIGHBORS VAN
4  LINES is dismissed, with prejudice.

6  Dated: 11/22/11

By: __PHILIP S. GUTIERREZ__
Judge Philip S. Gutierrez
Of the United States District Court
For the Central District of California

NEMECEK & COLE
A PROFESSIONAL CORPORATION
15260 VENTURA BOULEVARD, SUITE 920, SHERMAN OAS & E, CALIFORNIA 91403-5344
TELEPHONE (818) 788-9500   FACSIMILE (818) 501-0328

2
[PROPOSED] ORDER DISMISSING NEIGHBORS VAN LINES
2418001P.37po.wpd

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 15260 Ventura Blvd., Suite 920, Sherman Oaks, CA 91403.

    On November 22, 2011, I served the document described as **[PROPOSED] ORDER DISMISSING NEIGHBORS VAN LINES** upon the interested parties in this action in sealed envelopes addressed as follows:

Jeffrey D. Nadel, Esq.  
Law Offices of Jeffrey D. Nadel  
16000 Ventura Boulevard, Suite 908  
Encino, CA 91436

Marcus C. Aguirre, Esq.  
627 N. Sweetzer Avenue  
Unit B  
Los Angeles, CA 90048

Lottie Cohen, Esq.  
Law Office of Lottie Cohen, APC  
3637 Motor Avenue, Suite 360  
Los Angeles, CA 90034-4883  
310/204-0099  
310/204-0095 (fax)  
lottie.cohen@sbcglobal.net

__x__ **(By Mail)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Sherman Oaks, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing contained in affidavit.

___ **(By Overnight Delivery)** I deposited this document in the box or other facility located at 15260 Ventura Blvd., Suite 920, Sherman Oaks, CA 91403 regularly maintained by Federal Express, in an envelope designated by Federal Express with delivery fees paid or provided for, addressed to the persons on whom it is to be served, for guaranteed next day delivery.

___ **(By Electronic Mail)** I caused the foregoing document to be served by electronically transmitting the document listed above to the e-mail address(es) of the person(s) set forth above from the e-mail address mshapiro@nemecek-cole.com. To my knowledge, the transmission was reported as complete and without error. *See, California Rules of Court, Rule 2060.*

___ **(By Facsimile Transmission)** I served the foregoing document by facsimile transmission to each of the interested parties at the facsimile machine telecopy number shown below.

Executed on November 22, 2011 at Sherman Oaks, California.

__X__ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Michelle Shapiro*  
MICHELLE SHAPIRO

**[PROPOSED] ORDER DISMISSING NEIGHBORS VAN LINES**